■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN SEABROOK, Appellant. [757 NYS2d 251] —Judgment, Supreme Court, New York County (Ronald Zweibel, J.), rendered March 11, 1998, convicting defendant, upon his plea of guilty, of attempted assault in the second degree and criminal possession of a weapon in the third degree, and sentencing him to consecutive terms of 3½ to 7 years and 2 to 4 years, respectively, unanimously affirmed.

Since defendant's plea allocution clearly established that he committed separate acts, the imposition of consecutive sentences was proper. Defendant assaulted the victim by stabbing him with a knife and then, after the victim fled, defendant chased the victim while wielding the knife, constituting the separate and distinct crime of possession of a weapon in the third degree (*see People v Brown*, 80 NY2d 361 [1992]).

Defendant made a valid waiver of his right to appeal (*see People v Moissett*, 76 NY2d 909 [1990]), and this waiver forecloses review of his claim that his sentence is harsh and excessive. In any event, we perceive no basis for reducing the sentence. Concur—Tom, J.P., Andrias, Buckley, Williams and Friedman, JJ.